# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-00380-JCM-NJK<br><br>ORDER |

This matter is before the Court on the failure of Defendant RLP-Fern Crest, LLC to file a Certificate of Interested Parties. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Defendant has failed to comply.

Accordingly, **IT IS ORDERED** that Defendant shall file a Certificate of Interested Parties, which fully complies with LR 7.1-1, **no later than 4:00 p.m., May 5, 2016.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED: April 29, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge