J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
Charles@coopercoons.com
THOMAS MISKEY, ESQ.
Nevada Bar No. 13540
Thomas@coopercoons.com
COOPER COONS, LTD.
10655 Park Run Drive, Suite 130
Las Vegas, Nevada 89144
(702) 998-1500
*Attorneys for RLP-Fern Crest, LLC*

# UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP, | Case No.: 2:16-cv-00380-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| TREASURES LANDSCAPE MAINTENANCE ASSOCIATION; RED LIZARD PRODUCTIONS, L.L.C.; RLP-FERN CREST, LLC, A SERIES OF RED LIZARD PRODUCTIONS, LLC; NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |

RLP-FERN CREST, LLC ("RLP-FERN CREST"), by and through its attorneys of record, the law firm Cooper Coons, Ltd., and BANK OF AMERICA, N.A. ("BANK OF AMERICA") by and through its attorneys of record, the law firm of Akerman, LLP hereby stipulate and agree as follows:

///
///
///
///
///
///

1

RLP-FERN CREST shall file a responsive pleading no later than April 17, 2016.

COOPER COONS, LTD.                           AKERMAN LLP

/s/ Thomas Miskey                            /s/ Melanie Morgan
J. Charles Coons, Esq.                        Melanie Morgan, Esq.
Nevada Bar No. 10553                          Nevada Bar No. 8215
Thomas Miskey, Esq.                           Tenesa S. Scaturro, Esq.
Nevada Bar No. 13540                          Nevada Bar No. 12488
10655 Park Run Drive, Suite 130               1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144                       Nevada Bar No. 12991
Telephone: (702) 998-1500                     Las Vegas, Nevada 89144

*Attorneys for RLP-Fern Crest, LLC*          *Attorneys for Plaintiff*

## **ORDER**

**IT IS SO ORDERED.**

Dated this ___13th___ day of March, 2016.

_____
~~DISTRICT COURT JUDGE~~
United States Magistrate Judge

Respectfully Submitted by:

COOPER COONS, LTD.
Attorneys at Law

By:/s/ Thomas Miskey
J. Charles Coons, Esq.
Nevada Bar No. 10553
Thomas Miskey, Esq.
Nevada Bar No. 13540
10655 Park Run Drive, Suite 130
Las Vegas, Nevada 89144
*Attorneys for RLP-Fern Crest, LLC*

2