UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff(s), <br><br> vs. <br><br> TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, et al., <br><br> Defendant(s). | Case No. 2:16-cv-00380-JCM-NJK <br><br> ORDER |

Pending before the Court is an order to show cause regarding subject matter jurisdiction and, more particularly, the citizenship of Defendants Red Lizard and RLP - Fern Crest, and their members. Docket No. 17. Defendants thereafter filed an amended certificate of interested parties identifying a chain of LLCs and the members thereof. Docket No. 22. The members of the apex entity are individuals, identified as "residents of Nevada." *Id.* at 2. The pertinent test for diversity purposes is citizenship, and not residency. *See, e.g.*, *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001). No later than May 20, 2016, Defendants Red Lizard and RLP - Fern Crest shall file a declaration based on personal knowledge identifying the citizenship of the two individuals identified in Docket No. 22.[1]

IT IS SO ORDERED.

DATED: May 13, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Because the Court is ordering that the relevant information be provided directly to the Court, Plaintiff's request for jurisdictional discovery is denied as duplicative. *See* Docket No. 25 at 3.