# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
|     Plaintiff(s), | ) Case No. 2:16-cv-00380-JCM-NJK |
| vs. | ) ORDER |
| TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, et al., | ) |
|     Defendant(s). | ) |

Pending before the Court is an order to show case regarding the certificate of interested parties filed by Defendant RLP-Fern Crest, LLC ("Defendant"). Docket No. 18. Defendant has filed an amended certificate of interested parties. Docket No. 22. The order to show cause is hereby DISCHARGED.

IT IS SO ORDERED.

DATED: May 13, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge