MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
            tenesa.scaturro@akerman.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TREASURES LANDSCAPE MAINTENANCE ASSOCIATION; RED LIZARD PRODUCTIONS, L.L.C.; RLP – FERN CREST, LLC, A SERIES OF RED LIZARD PRODUCTIONS, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.:  2:16-cv-00380-JCM-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE TIME FOR PLAINTIFF BANK OF AMERICA, N.A. TO RESPOND TO DEFENDANT RLP-FERN CREST, LLC'S COUNTERCLAIM [ECF NO. 14]**<br><br>**(First Request)** |
| RLP-FERN CREST, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Counterdefendant. | |
| RLP-FERN CREST, LLC,<br><br>Crossclaimant,<br><br>vs.<br><br>TREASURES LANDSCAPE MAINTENANCE ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Crossdefendant. | |

{38240536;1}

Plaintiff Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP (**BANA**) and defendant RLP Fern Crest, LLC, a series of Red Lizard Productions, LLC (**RLP**) hereby stipulate and agree as follows:

The parties hereby stipulate and agree BANA's time to respond to RLP's counterclaim filed April 18, 2016 (ECF No. #14) shall be continued from May 12, 2016 until May 19, 2016.

This is the first request for an extension of this deadline. The parties submit this request in good faith without the purpose of undue delay.

DATED this 12th day of May, 2016

| AKERMAN LLP | COOPER COONS, LTD. |
|---|---|
| */s/ Tenesa S. Scaturro, Esq.* | */s/ Thomas A. Miskey, Esq.* |
| MELANIE D. MORGAN, ESQ. | THOMAS A. MISKEY, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 13540 |
| TENESA S. SCATURRO, ESQ. | 10655 Park Run Drive, Suite 130 |
| Nevada Bar No. 12488 | Las Vegas, NV 89144 |
| 1160 Town Center Drive, Suite 330 | |
| Las Vegas, NV 89144 | *Attorneys for Defendants Red Lizard Productions, LLC and RLP Fern Crest, LLC, a series of Red Lizard Productions, LLC* |
| *Attorneys for Plaintiff Bank of America, N.A.* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 13, 2016

{38240536;1}                             2