UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-00380-JCM-NJK<br><br>ORDER |

Pending before the Court is a report and recommendation for dismissal unless Defendants Red Lizard and RLP - Fern Crest submitted a proper showing as to the citizenship of their members. Docket No. 31. The Court has received a declaration from Chad Slade, which satisfies the Court as to his citizenship. Docket No. 32. That declaration also purports to establish that Stacy Slade is also a Nevada citizen, but fails to explain how Chad Slade has personal knowledge of the intentions of Stacy Slade. *See id.* The Court therefore **ORDERS** Stacy Slade to file a declaration based on personal knowledge as to his citizenship. If such a declaration is filed by June 14, 2016, the undersigned will recall the pending report and recommendation.

　　　　IT IS SO ORDERED.

　　　　DATED: June 7, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge