**SAO**
CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, NV 89146
Telephone:     (702) 804-8885
Facsimile:     (702) 804-8887
Email: chris@nas-inc.com

*Attorney for Defendant Nevada Association Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP,<br><br>                    Plaintiff,<br>vs.<br><br>TREASURES LANDSCAPE MAINTENANCE ASSOCIATION; RED LIZARD PRODUCTIONS, L.L.C.; RLP-FERN CREST LLC, A SERIES OF RED LIZARD PRODUCTIONS, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>                    Defendants. | CASE NO.: 2:16-cv-00380<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE AND TIME**<br><br>**(First Request)** |

It is hereby stipulated and agreed, by and between Defendant NEVADA ASSOCIATION SERVICES, INC. (hereinafter "NAS") and Plaintiff BANK OF AMERICA, N.A. as successor by merger to BAC HOME LOANS SERVICING, LP (hereinafter "Plaintiff"), Defendant TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, RED LIZARD PRODUCTIONS, L.L.C. Defendant, RLP-FERN CREST LLC, A SERIES OF RED LIZARD PRODUCTIONS, LLC (hereinafter "Defendants") that the hearing set by the Court on August 2, 2016 at 11:00 a.m. should

/ / /

/ / /

1  be continued to the 12th day of August, 2016 with the time of hearing to be set by the Court.

2  DATED this 27th day of July, 2016.        DATED this 27th day of July, 2016.

5  By: <u>Tenesa Scaturro</u>                    By: <u>Thomas Miskey</u>
       Melanie Morgan, Esq.                          Thomas A. Miskey, Esq.
       Nevada Bar No. 8215                           Nevada Bar No. 13540
       Tenesa Scaturro, Esq.                         John Charles Coons, Esq.
       Nevada Bar No. 12488                          Nevada Bar No. 10553
       Akerman, LLP                                  Cooper Coons, Ltd.
       1160 Town Center Drive, Suite 330             10655 Park Run Drive
       Las Vegas, NV 89144                           Suite 130
       Telephone: 702-634-5000                       Las Vegas, Nevada 89144
                                                     Telephone: 702-998-1500

12  DATED this 27th day of July, 2016.

14  By: <u>Christopher V. Yergensen, Esq.</u>
        Christopher V. Yergensen, Esq.
        Nevada Bar No. 6183
        Nevada Association Services, Inc.
        6224 West Desert Inn Road
        Las Vegas, Nevada 89146
        Telephone: 702-804-8885

STIPULATION AND ORDER

## ORDER

**DENIED**

~~IT IS HEREBY ORDERED that the hearing set by the Court on August 2, 2016 at 11:00 a.m. should be continued to the 12th day of August, 2016 at _____ am/pm~~

IT IS SO ORDERED.

DATED July 27, _____, 2016.

_____
United States Magistrate Judge

Respectfully Submitted by:
NEVADA ASSOCIATION SERVICES, INC.

<u>Christopher V. Yergensen</u>
Christopher V. Yergensen, Esq.
Nevada Bar 6183
Nevada Association Services, Inc.
6224 West Desert Inn Road
Las Vegas, NV 89146
*Attorney for Nevada Association Services, Inc.*

3

STIPULATION AND ORDER