UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff(s), <br><br> vs. <br><br> TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, et al., <br><br> Defendant(s). | Case No. 2:16-cv-00380-JCM-NJK <br><br> ORDER |

Pending before the Court is a filing by Defendants Red Lizard Productions, LLC and RLP Fern Cres, LLC, a series of Red Lizard Productions LLC ("Defendants") in response to the order setting a hearing regarding subject matter jurisdiction.  Docket No. 44.  In particular, Defendants have filed a declaration from Stacy Slade regarding his state citizenship.  *See id.*  The Court finds this latest filing sufficient to establish the diversity of the parties in this case.  Accordingly, the report and recommendation at Docket No. 31 is hereby **WITHDRAWN** and the hearing scheduled for August 12, 2016 is hereby **VACATED**.

Lastly, the Court **CAUTIONS** Defendants and their counsel, Thomas Miskey, that they are required to fully comply with all orders and applicable rules moving forward.  Failure to do so may result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: August 5, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge