MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
tenesa.scaturro@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br> vs. <br><br> TREASURES LANDSCAPE MAINTENANCE ASSOCIATION; RED LIZARD PRODUCTIONS, L.L.C.; RLP – FERN CREST, LLC, A SERIES OF RED LIZARD PRODUCTIONS, LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00380-JCM-NJK <br><br> **STIPULATION AND ORDER TO CONTINUE TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO TREASURES' MOTION FOR ATTORNEY'S FEES AND COSTS [ECF NO. 75]** <br><br> **(First Request)** |
| RLP-FERN CREST, LLC, <br><br> Counterclaimant, <br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Counterdefendant. | |
| RLP-FERN CREST, LLC, <br><br> Crossclaimant, <br> vs. <br><br> TREASURES LANDSCAPE MAINTENANCE ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC., <br><br> Crossdefendant. | |

Plaintiff Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP (**BANA**) and defendant Treasures Landscape Maintenance Association (**Treasures**) hereby stipulate and agree as follows:

The parties hereby stipulate and agree BANA's time to respond to Treasures' Motion for Attorney's Fees and Costs [ECF No. 75], filed May 1, 2017, shall be continued until May 22, 2017. The current deadline for BANA to respond is May 15, 2017.

This is the first request for an extension of this deadline. The extension is being requested to allow BANA additional time to evaluate the claim for fees and costs and prepare its response. The parties submit this request in good faith without the purpose of undue delay.

DATED this 15th day of May, 2017.

| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| */s/ Tenesa S. Scaturro*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144 | */s/ Timothy C. Pittsenbarger*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>TIMOTHY C. PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>8945 W. Russell Road, Suite 330<br>Las Vegas, NV 89148 |
| *Attorneys for Plaintiff Bank of America, N.A.* | *Attorney for Defendant Treasures Landscape Maintenance Association* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _May 15, 2017___