**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Sanderson@leachjohnson.com
Nevada Bar No. 7259
T. CHASE PITTSENBARGER
cpittsenbarger@leachjohnson.com
Nevada Bar No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone:  (702) 538-9074
Facsimile:   (702) 538-9113
*Attorneys for Defendant,*
*Treasures Landscape Maintenance Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BACK HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TREASURES LANDSCAPE MAINTENANCE ASSOCIATION; RED LIZARD PRODUCTIONS, L.L.C.; RLP-FERN CREST, LLC, A SERIES OF RED LIZARD PRODUCTIONS, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00380-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS [ECF NO. 75] (First Request)** |

Plaintiff Bank of America, N.A. ("Bank") and Defendant Treasures Landscape Maintenance Association ("Treasures"), (collectively "The Parties"), by and through their counsel of record, stipulate as follows:

1. The Parties' stipulate and agree to extend the deadline for Treasures to file its Reply in Support of its Motion for Attorneys' Fees and Costs [ECF No. 75] which was filed on from May 1, 2017, from Wednesday, June 21, 2017 to Wednesday, June 28, 2017;

2. This is the first request for an extension of time for Treasures to file its Reply in Support of its Motion for Attorneys' Fees and Costs; and

///

3. The Parties' request for this extension is not intended to cause any delay or prejudice to any party. Rather, this brief extension will accommodate the schedule of counsel and their conflicts with the current deadlines.

DATED: June 19, 2017.

**AKERMAN LLP.**

*/s/ Tenesa S. Scaturro*
Tenesa S. Scaturro
Melanie D. Morgan
1160 N. Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Plaintiff,*
*Bank of America, N.A..*

DATED: June 19, 2017.

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ T. Chase Pittsenbarger*
Sean L. Anderson
Chase Pittsenbarger
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Defendant,*
*Treasures Landscape Maintenance Association*

**IT IS SO ORDERED:** June 21, 2017

_____
**U.S. DISTRICT COURT JUDGE**

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), the undersigned, an employee of LEACH JOHNSON SONG & GRUCHOW, hereby certifies that on this _____ day of June, 2017, I served a true and correct copy of the foregoing, **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS [ECF NO. 75] (First Request),** to all parties via CM/ECF.

Tenesa S Scaturro
Melanie D Morgan
Natalie L. Winslow
AKERMAN LLP
1160 N. Town Center Drive, Suite 330
Las Vegas, NV 89144
tenesa.scaturro@akerman.com
melanie.morgan@akerman.com
natalie.winslow@akerman.com
*Attorneys for Bank of America, N.A.*

John Charles Coons
Thomas A. Miskey
COOPER COONS, LTD.
10655 Park Run Drive, Suite 130
Las Vegas, NV 89144
charles@coopercoons.com
thomas@coopercoons.com
*Attorneys for Red Lizard Productions, L.L.C. and RLP Fern Crest, LLC, a series of Red Lizard Productions LLC*

Christopher V. Yergensen
NEVADA ASSOCIATION SERVICES, INC.
6224 W. Desert Inn Road
Las Vegas, NV 89146
chris@nas-inc.com
*Attorneys for Nevada Association Services, Inc.*

_____
An employee of LEACH JOHNSON SONG
 & GRUCHOW